*Order Filed on 03/20/2013 by Clerk U.S. Bankruptcy Court District of New Jersey*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ABELSON & TRUESDALE, LLC<br>147 Union Avenue, Suite 1E<br>Middlesex, New Jersey 08846<br>By: Bruce C. Truesdale, Esq., (BCT 0928)<br>(732) 302-9600<br>Attorney for Debtors | |
| In Re:<br><br>ROBERT K. BRYANT<br>LYNN E. BRYANT | Case No.: 12-33883<br><br>Adv. No.: None<br><br>Hearing Date: 2/26/2013<br><br>Judge: Michael B. Kaplan |

ORDER REDUCING PROOF OF CLAIM AND
NOTICE OF MORTGAGE PAYMENT CHANGE

   The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: 03/20/2013**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Robert K. Bryant and Lynn E. Bryant
Order REDUCING Proof of Claim and Notice of Mortgage Payment Change
_____

   This matter having been opened to the Court on the Motion of ABELSON, & TRUESDALE, LLC, counsel for the debtor[s]  for an Order REDUCING  the Proof of Claim of CitiMortgage, Inc., claim number 10 on the claims register and Notice of Mortgage Payment Change, document number 24 on the Docket Sheet and for good cause having been shown, it is hereby

   ORDERED, that the Proof of Claim of CitiMortgage Inc.,  Be and Is REDUCED from $9,926.06 to $ __7,655.28___;
   IF IS FURTHER ORDERED, that the Notice of Mortgage Payment Change is reduced to reflect the correct monthly mortgage payment of $ ____1,138.63_____.

*Approved by Judge Michael Kaplan March  20, 2013*