**ABELSON & TRUESDALE, LLC**
By: Bruce C. Truesdale, Esq.
ID # BT 0928
80 West Main Street
147 Union Ave
Middlesex, New Jersey 08846
(732) 302-9600
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>ROBERT K. BRYANT<br>LYNN E. BRYANT<br><br>Debtors | Case No. 12-3383 (MBK)<br><br>Chapter 13<br><br>CROSS MOTION FOR VIOLATION OF AUTOMATIC STAY PER 11 U.S.C. § 362(a) AND FOR DAMAGES PURSUANT TO 11 U.S.C. 362(k)<br><br>Hearing Date: **May 10, 2016 @ 9:00 A.M.** |

To:   Clerk, United States Bankruptcy Court
      United States Bankruptcy Court
      402 E. State Street
      Trenton, New Jersey 08608

      Jeanette Frankenberg, Esq.
      Stern Lavinthal & Frankenberg LLC
      105 Eisenhower Pkwy
      Suite 302
      Roseland, NJ 07068

Albert Russo, Trustee
CN 4853
Trenton, NJ 08650

Seterus, Inc.
4460 44th Street SE
Suite D
Grand Rapids, MI 49512

**PLEASE TAKE NOTICE** that on May 10, 2016 at 9:00 in the forenoon, or as soon as counsel may be heard, the undersigned attorney for the Debtors, Robert & Lynn Bryant will move before the UNITED STATES BANKRUPTCY COURT, Honorable Michael B. Kaplan, presiding, 402 E. State Street, TRENTON, NEW JERSEY, 08608 for an Order Enforcing the

automatic stay, denying the Creditor's Motion for Relief from the Automatic Stay, and an Order awarding Debtors damages per 11 U.S.C. § 362(k)

**PLEASE TAKE FURTHER NOTICE** that Debtor shall rely upon the attached certification in support of the application and that pursuant to Local Rule 9013-1, it is submitted that no brief is necessary as issues presented are clear and concise, oral argument is not requested and a proposed form of order is submitted herewith.

/s/ Bruce C. Truesdale

BRUCE C. TRUESDALE, ESQ.
Attorney for Debtors

Dated: May 3, 2016