UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE
Caption in Compliance with D.N.J. LBR 9004-2(c)

STERN, LAVINTHAL & FRANKENBERG, LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone: (973) 797-1100
Fax: (973) 228-2679
Jeanette F. Frankenberg, Esq.
Ashley L. Rose, Esq.
Attorney for Secured Creditor,
Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc..

Order Filed on February 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 12-33883-MBK |
| --- | --- |
| Robert K Bryant | Chapter: 13 |
| Lynn E Bryant | Hearing Date: January 10, 2017 |
| Debtor(s) | Judge: Michael B. Kaplan, U.S.B.J. |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY AND DEBTOR'S CROSS-MOTION MOTION FOR SANCTIONS

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: February 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page | 2
Debtor: Robert K. Bryant & Lynn E. Bryant
Case No: 12-33883-MBK
Caption: Consent Order Resolving Motion to Vacate Stay

| | |
|---|---|
| Applicant: | Seterus, Inc. as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtor's Counsel: | Bruce C. Truesdale, Esq. |
| Property Involved ("Collateral"): | 222 Grand Ave, Aberdeen, NJ 07747 |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay

against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Secured Creditor and Debtors hereby consent and agree that Debtors are post-petition current through and including the February 1, 2017 payment.

2. Debtors' Cross-Motion for Sanctions (Docket number 69) is hereby withdrawn from the record.

3. Beginning with the March 1, 2017 payment regular monthly mortgage payments shall resume. The regular monthly mortgage payments shall be in the amount of $1,449.32, in accordance with the Notice of Payment change filed on the docket on February 6, 2017, in accordance with Bankruptcy Rule 3002.1.

4. Debtors acknowledge that the monthly post-petition mortgage payment is subject to change in accordance with the terms of the note and mortgage, however, any future escrow analysis shall be limited to a period after February 1, 2017.

5. No charges incurred prior to February 1, 2017 are permitted to be added to the Debtors' account in conformance with paragraph 1 of this Order.

6. No fees or costs arising from the instant Motion for Stay Relief (docket # 67) or defense of Debtors' Cross Motion for Sanctions (docket # 69) are to be added to the Debtors' account.

Page | 3
Debtor: Robert K. Bryant & Lynn E. Bryant
Case No: 12-33883-MBK
Caption: Consent Order Resolving Motion to Vacate Stay

7. Both parties will assume their own attorney's fees and costs for the prosecution and defense of the Motion for Stay Relief (docket # 67) and Cross Motion for Sanctions (docket # 69).

3. Payments to the Secured Creditor shall be made to the following address(es):

✓ Regular monthly payment:   Seterus, Inc.
PO Box 1047
Hartford, CT 06143

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

The undersigned hereby consent to the form and entry of the foregoing order

Bruce C. Truesdale, Esq.
Attorney for the Debtors,
Robert K. Bryant & Lynn E. Bryant

/s/ Ashley L. Rose, Esq.
Ashley L. Rose, Esq.
Attorney for Secured Creditor,
Seterus, Inc. as authorized subservicer
forFederal National Mortgage Association