UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

STERN, LAVINTHAL & FRANKENBERG, LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone: (973) 797-1100
Fax: (973) 228-2679
Jeanette F. Frankenberg, Esq.
Ashley L. Rose, Esq.
Attorney for Secured Creditor,
BSI Financial Services as Servicer for US Bank Trust, NA, as trustee of Bungalow Series F Trust

Order Filed on November 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert K Bryant

Lynn E Bryant

Debtor(s)

Case No.: 12-33883-MBK

Chapter: 13

Hearing Date: October 3, 2017

Judge: Michael B. Kaplan, U.S.B.J.

## CONSENT ORDER RESOLVING DEBTORS' MOTION TO ENFORCE CONSENT ORDER

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 14, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page | 2
Debtor: Robert K. Bryant & Lynn E. Bryant
Case No: 12-33883-MBK
Caption: Consent Order Resolving Debtors' Motion to Enforce Consent Order

THIS MATTER having been brought before the Court by Bruce C. Truesdale, Esq., attorney for the Debtors, Robert K Bryant and Lynn E,. Bryant ("Debtors"), upon the filing of a Motion to Enforce Consent Order (hereinafter the "Motion"), and BSI Financial Services as Servicer for US Bank Trust, NA, as Trustee of Bungalow Series F Trust ("Secured Creditor"), by and through its attorneys, Stern, Lavinthal & Frankenberg, LLC, having filed an Objection to the Motion, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. Secured Creditor and Debtors hereby consent and agree that the February 18, 2017 Consent Order Resolving Motion to Vacate Stay and Debtor's Cross-Motion for Sanctions (docket no. 81) (hereinafter "February Consent Order") is in full force and effect.

2. Debtors acknowledge that the monthly post-petition mortgage payment is subject to change in accordance with the terms of the note and mortgage.

3. No charges incurred prior to February 1, 2017 are permitted to be added to the Debtors' account in conformance with paragraph 1 of the February Consent Order.

4. No fees or costs arising from the instant Motion are to be added to the Debtors' account.

5. Both parties will assume their own attorney's fees and costs for the prosecution and defense of this Motion.

The undersigned hereby consent to the form and entry of the foregoing order

_____
Bruce C. Truesdale, Esq.
Attorney for the Debtors

/s/ Jeanette F. Frankenberg.
Jeanette F. Frankenberg, Esq.
Attorney for Secured Creditor