UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

WARREN S. JONES, JR., ESQ. #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
email@warrensjones.com
Attorneys for Secured Creditor Bank of America, N.A.
FHAC.241-5229.FN

Order Filed on December 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert K. Bryant
Lynn E. Bryant

Case No.: 12-33883-MBK

Adv. No.:

Hearing Date: 11/07/2017 at 10:00 a.m.

Judge: Michael B. Kaplan

**CONSENT ORDER RESOLVING**
**MOTION TO DEEM MORTGAGE CURRENT AND COMPEL APPLICATION OF OVERPAYMENT**

The relief set forth on the following pages, numbered two (2) through ___three (3)___ is hereby **ORDERED**.

**DATED: December 19, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
**Debtors: Robert K. Bryant and Lynn E. Bryant**
**Case No. 12-33883-MBK**
**Caption of Order: Consent Order Resolving Motion to Deem Mortgage Current and Compel Application of Overpayment**

---

IT IS HEREBY CONSENTED by and between Secured Creditor, Bank of America, N.A., its assignees and/or successors in interest, through its retained counsel, Warren S. Jones, Jr., Esquire, and Debtors Robert K. Bryant and Lynn E. Bryant, through their counsel, Bruce C. Truesdale, Esquire, and the Chapter 13 Trustee, Albert Russo, as follows:

1. That the account is current through December 2017, and the next mortgage payment is due for January 1, 2018 in the amount of $2,954.63

2. Secured Creditor will pay Debtors' counsel's attorneys' fees in the amount of $750.00 within 30 days of the entry of this Consent Order.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Dated: 12-12-17

By _____
WARREN S. JONES, JR., ESQUIRE
Retained Counsel for Secured Creditor
Bar # 003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly, New Jersey 08060
(609) 261-8400
email@warrensjones.com
FHAC.241-5229

Dated: 11/28/17

By _____
BRUCE C. TRUESDALE, ESQUIRE
Attorney for Debtors
Abelson & Truesdale, LLC
147 Union Avenue, Suite 1 E
Middlesex, New Jersey 08846
(732) 302-9600
brucetruesdalepc@gmail.com

Dated: _____

By _____
ALBERT RUSSO
Standing Chapter 13 Trustee
CN 4853
Trenton, New Jersey 08650-4853
(609) 587-6888
docs@russotrustee.com

(Page 3)
Debtors: Robert K. Bryant and Lynn E. Bryant
Case No. 12-33883-MBK
Caption of Order: Consent Order Resolving Motion to Deem Mortgage Current and Compel Application of Overpayment

---

## CERTIFICATE OF MAILING

I hereby certify that on _____, 20____, a copy of the foregoing Order was served on each of the following: Movant.

JAMES J. WALDRON, CLERK